FILED
TIME 4:00 pm
JAN 20 2017
RICHARD W. NAGEL
Clerk of Court
CINCINNATI, OHIO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) DIRECTING SPRINT TO PROVIDE HISTORICAL CELL SITE LOCATION RECORDS RELATED TO CELLULAR TELEPHONE NUMBER 513-832-4903 | CASE NO. 1:17MJ -40 <br><br> **UNDER SEAL** |

## ORDER

This matter having come before the Court pursuant to an application under Title 18, United States Code, Section 2703(c)-(d) for an order directing Sprint, an electronic communication service within the meaning of 18 U.S.C. § 2510(15), to disclose to Federal Bureau of Investigation (FBI), all available toll records to include call detail, SMS Detail, data sessions, per call measurement data (PCMD), cell site and cell site sector information related to the use of a cellular telephone assigned the telephone number **513-832-4903** for the period from January 1, 2016 to November 5, 2016, the Court finds that the applicant has offered specific and articulable facts showing that there are reasonable grounds to believe that the records and other information sought are relevant and material to an ongoing criminal investigation.

The Court further finds that prior notice of this Order (or the underlying application and investigation) to any person would seriously jeopardize the investigation.

Accordingly, IT IS ORDERED pursuant to Title 18, United States Code, Section 2703(c)-(d) that Sprint will, disclose to FBI all available toll records to include call detail, SMS Detail, data sessions, per call measurement data (PCMD), cell site and cell site sector information related to

the use of a cellular telephone assigned the telephone number **513-832-4903** for the period from January 1, 2016 to November 5, 2016.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by this Court, and that Sprint shall not disclose the existence of the investigation, the application, or this Order to the listed subscriber or to any other person, unless and until authorized to do so by the Court.

SO ORDERED.

1/20/17
DATE

*Stephanie K Bowman*
HONORABLE STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE